UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | : CRIM. NO. 07-32-JVP-DLD |
| | : |
| LINDA S. DUNN, also known as | : |
| Linda S. Hinton | : |

## NOTICE OF INTENT TO ENTER GUILTY PLEA

NOW INTO COURT comes the United States of America through David R. Dugas, United States Attorney for the Middle District of Louisiana, by Catherine M. Mariast, Assistant United States Attorney, and respectfully represents that, pursuant to the provisions of 18 U.S.C. §§ 1344 and 1956(a)(1)(A)(i), the defendant herein, Linda S. Dunn, and the United States propose to enter into a Plea Agreement to be tendered to this Honorable Court pursuant to Rule 11, Federal Rules of Criminal Procedure. This Notice is entered in order to interrupt the Speedy Trial Clock pursuant to the aforesaid section.

Dated and submitted this 10th day of May, 2010, in Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

/s/ Catherine M. Maraist
Catherine M. Maraist, LBN 25781
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| *versus* | : CRIM. NO. 07-32-JVP-DLD |
| | : |
| LINDA S. DUNN, also known as | : |
| Linda S. Hinton | : |

### CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, a copy of the foregoing *Notice of Intent toEnter Guilty Plea* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Aidan Reynolds by operation of the court's electronic filing system

/s/ Catherine M. Maraist
CATHERINE M. MARAIST